**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Darrel G. Beuning, and
Barbara M. Beuning,
on behalf of themselves and
all others similarly situated,

Plaintiffs,

vs.

Steven T. Rosso,
Steven T. Rosso, P.A.,
a Minnesota corporation, and
Midwest Collection Service, Inc.,
a Minnesota corporation,

Defendants.

Court File No.01-CV-423 JMR/RLE

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that the above-entitled action may be and hereby is dismissed with prejudice and on the merits, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action.

Dated: Dec. 7, 2001

By ____________________
Eric L. Crandall (License # 18442 )
Attorney for Plaintiffs
275 South Third Street, Suite 101
Stillwater, MN 55082
(651) 430-8187

FILED
RICHARD D. SLETTEN, CLERK
DEC 17 2001
JUDGEMENT ENTERED DEC 17 2001
DEPUTY CLERK'S INITIALS ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 9/20/01

By ______________________
Michael A. Klutho (License #186302)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

## ORDER

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, the above-entitled matter is hereby dismissed with prejudice and on the merits without costs or disbursements to either party and that a judgment of dismissal with prejudice and on the merits shall be entered immediately.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

Dated: December 17, 2001

______________________
Judge of District Court

296752.WPD